# Supreme Court of Florida

_____

No. SC2023-1609
_____

**IN RE: AMENDMENTS TO FLORIDA RULES OF TRAFFIC COURT.**

_____

No. SC2024-0294
_____

**IN RE: AMENDMENTS TO FLORIDA RULE OF TRAFFIC COURT 6.455.**

November 6, 2025

PER CURIAM.

The Florida Bar's Traffic Court Rules Committee has filed a pair of reports in case numbers SC2023-1609 and SC2024-0294 proposing amendments to Florida Rules of Traffic Court 6.340 (Affidavit of Defense or Admission and Waiver of Appearance), 6.445 (Discovery; Infractions Only), 6.455 (Amendments and Voluntary Dismissals by Issuing Officers), and 6.480 (Deferred Payment of Penalty Imposed).[1]

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

The Florida Bar's Board of Governors recommends adoption of the proposed amendments. When we published the amendments for comment in *The Florida Bar News*, we received one comment from attorney Steven D. Rubin. The Committee filed a response.

Having considered the Committee's proposals, the comment received, and the Committee's response to that comment, we hereby consolidate on our own motion case numbers SC2023-1609 and SC2024-0294, and we amend rules 6.340 and 6.480 in the manner proposed by the Committee. However, we decline to adopt the Committee's proposed amendments to rules 6.445 and 6.455.

As to rule 6.340, we amend the forms used by defendants in traffic court proceedings for filing admissions to infractions or affidavits of defense. Specifically, we delete the form titled "Sample Affidavit of Defense or Admission and Waiver of Appearance" and replace it with a pair of separate forms titled "Sample Plea of Guilty/No Contest and No Request For Hearing" and "Sample Plea of Not Guilty and Request For Hearing."

As for rule 6.480, the requirement that defendants must move for deferred payment is hereby deleted, and the minimum deadline to pay penalties is increased from 30 days to 60 days. To account

for this change, we delete the word "deferred" from the title of rule 6.480.

In addition to these amendments, new Committee Notes are added to explain the rationale behind the rule changes, and minor technical revisions are made to both rules to provide additional clarity and conform with *In re Guidelines for Rules Submissions*, Florida Administrative Order No. AOSC22-78 (Fla. Oct. 24, 2022).

Accordingly, the Florida Rules of Traffic Court are hereby amended as reflected in the appendix to this opinion. New language is indicated by underscoring, and deletions are indicated by struck-through type. The amendments become effective January 1, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Traffic Court

Rand Scott Lieber, Chair, Traffic Court Rules Committee, Hollywood, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Kelly Noel Smith, Bar Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

Steven D. Rubin, Boca Raton, Florida,

Responding with comments

# APPENDIX

## RULE 6.340.  AFFIDAVIT OF DEFENSE OR ADMISSION AND WAIVER OF APPEARANCE

**(a)  Appearance in Court.** At trial, any defendant charged with an infraction may, in ~~lieu~~place of personal appearance or appearance using communication technology, file an affidavit of defense or an admission that the infraction was committed as provided in this rule.

**(b)  Posting of Bond.** The trial court may require a bond to be posted before the court will accept an affidavit in ~~lieu~~place of appearance at trial. The defendant ~~shall~~must be given reasonable notice if required to post a bond.

**(c)  Attorney Representation.** If a defendant is represented by an attorney in an infraction case, said attorney may represent the defendant in the absence of the defendant at a hearing or trial without the defendant being required to file an affidavit of defense. The attorney ~~shall~~must file a written notice of appearance. The attorney may enter any plea, proceed to trial, present evidence other than the defendant's statements, and examine and cross examine witnesses without the defendant being required to file an affidavit of defense. Nonetheless, a defendant represented by an attorney may file an affidavit of defense. If a represented defendant files such an affidavit, the affidavit must be signed and properly notarized, subjecting the affiant to perjury prosecution for false statements.

**~~(d)  Sample Affidavit of Defense or Admission and Waiver of Appearance.~~**

~~_____ * IN THE COUNTY COURT,~~
~~STATE OF FLORIDA, * _____ COUNTY, FLORIDA~~
~~Plaintiff, *~~
~~_____ * CASE NO. _____~~
~~_____~~
~~vs. _____ *~~
~~_____ * CITATION NO. _____~~
~~_____,*~~

- 5 -

_____ Defendant.     *     DRIVER'S LICENSE NO.
_____*     _____

AFFIDAVIT OF DEFENSE OR
ADMISSION AND WAIVER OF APPEARANCE

Before me personally appeared _____, who after first being placed under oath, swears or affirms as follows:

1.     My name, address, and telephone number are:
        Name: _____
        Address: _____
        _____
        Telephone No.: _____

2.     I am the defendant in the above-referenced case and am charged with the following violation(s): (List the charges as you understand them to be.)

_____
_____
_____
_____

[Note: This is not an admission that you violated any law.]

3.     Check **only one** as your plea:

_____ **I hereby plead NOT GUILTY** and file this affidavit of defense as my sworn statement herein. I understand that when I plead not guilty, I do not have to supply any further statement. I understand that by my filing this affidavit, the hearing officer or judge will have to make a decision as to whether I committed the alleged violation by the sworn testimony of the witnesses, other evidence, and my statement. I understand that I am waiving my appearance at the final hearing of this matter.

_____ **I hereby plead GUILTY** and file this affidavit as an explanation of what happened and as a statement that the hearing officer or judge can consider before pronouncing a sentence. I understand that I am not required to make any statement. I

understand that the hearing officer or judge will determine the appropriate sentence and decide whether to adjudicate me guilty.

_____ **I hereby plead NO CONTEST** and file this affidavit as an explanation of what happened and as a statement that the hearing officer or judge can consider before pronouncing a sentence. By pleading no contest, I understand that I am not admitting or denying that the infraction was committed but do not contest the charges, and I understand that I may be sentenced and found guilty even though I entered a plea of no contest. I understand that I am not required to make any statement. I understand that the hearing officer or judge will determine any appropriate sentence and decide whether to adjudicate me guilty.

4.     Defendant's Statement: (additional papers, documents, photos, etc. can be attached but should be mentioned herein).

_____
_____
_____
_____
_____
_____
_____
_____

I understand that any material misrepresentation could cause me to be prosecuted for a separate criminal law violation.

/s/ _____
Affiant/Defendant

Sworn to (or affirmed) and subscribed before me, the undersigned authority, on_____
Personally known _____
Produced identification _____ Type of ID produced _____
_____ /s/ _____
_____ Notary Public, Deputy Clerk, or other authority
_____ NAME:
_____ Commission No.
_____ My Commission Expires:

*NOTE:* *It is your responsibility to make sure this affidavit is in the court file before the hearing date.*

*If Affiant/Defendant is under the age of 18, a parent or guardian must sign this affidavit:*

_____
~~Parent or Guardian~~

## (d)   Sample Plea of Guilty / No Contest and No Request For Hearing.

| | | |
|---|---|---|
| _____ | * | IN THE COUNTY COURT, |
| STATE OF FLORIDA, | * | _____ COUNTY, FLORIDA |
| Plaintiff, | * | |
| _____ | * | CASE NO. _____ |
| vs._____ | * | |
| _____ | * | CITATION NO. _____ |
| _____, | * | |
| Defendant. | * | DRIVER'S LICENSE NO. |
| _____ | * | _____ |

PLEA OF GUILTY / NO CONTEST AND NO REQUEST FOR
HEARING

Before me personally appeared _____, who swears and affirms as follows:

1.    My name, address, and telephone number are:
Name: _____
Address: _____
_____
Telephone No.: _____

2.    I am the defendant in the above-referenced case and am charged with the following violation(s): (List the charges as you understand them.)



_____

_____

_____

[Note: This is not an admission that you violated any law.]

3. **I hereby plead NO CONTEST or GUILTY and I DO NOT REQUEST A HEARING.** I understand that I may file this statement as an explanation of what happened and that the hearing officer or judge can consider this statement before pronouncing a sentence, but I am not required to make any statement. By pleading no contest, I understand that I am not admitting or denying that the infraction was committed but do not contest the charge(s), and I understand that I may be sentenced and found guilty even though I entered a plea of no contest. I understand that the hearing officer or judge will determine any appropriate sentence and decide whether to adjudicate me guilty. I am waiving my appearance at a hearing.

4. Defendant's Statement: (additional papers, documents, photos, etc. can be attached but should be mentioned here). If you choose, you may explain what happened in your own words in this section. Once you submit this statement, it will be considered by the hearing officer or judge.

_____

_____

_____

_____

_____

_____

5. I understand that this statement and explanation is voluntary and is not required of me. I am choosing to submit this statement without the advice of a lawyer. I understand that this form must be notarized before it is submitted and accepted by the Court. I understand that once this form is submitted, this matter will not be set for additional hearings, unless requested by the State of Florida or the Court. I understand that if I am found to have committed this violation, there have been no promises regarding which sentence I will receive.

6.     I understand that any material misrepresentation could cause me to be prosecuted for a separate criminal law violation.


**/s/** _____
**Signature of Affiant/Defendant**

Sworn to (or affirmed) and subscribed before me, the undersigned authority, on_____
Personally known _____
Produced identification _____ Type of ID produced _____
_____ /s/ _____
_____ Notary Public, Deputy Clerk, or other authority
_____ NAME:
_____ Commission No.
_____ My Commission Expires:

*NOTE:     It is the Affiant/Defendant's responsibility to make sure this affidavit is provided to the clerk of court no less than 5 business days before the hearing date for this affidavit to be considered by the hearing officer or judge.*

*If Affiant/Defendant is under the age of 18, a parent or guardian must sign this affidavit:*


_____
Parent or Guardian


**(e)     Sample Plea of Not Guilty and Request For Hearing.**

|  |  |  |
|---|---|---|
| _____ | * | IN THE COUNTY COURT, |
| STATE OF FLORIDA, | * | _____ COUNTY, FLORIDA |
| Plaintiff, | * |  |
| _____ | * | CASE NO. _____ |
| vs. _____ | * |  |
| _____ | * | CITATION NO. _____ |
| _____, | * |  |
| Defendant. | * | DRIVER'S LICENSE NO. |

_____*_____

## PLEA OF NOT GUILTY AND REQUEST FOR HEARING

Before me personally appeared _____, who swears and affirms as follows:

1. My name, address, and telephone number are:
   Name: _____
   Address: _____
   _____
   Telephone No.: _____

2. I am the defendant in the above-referenced case and am charged with the following violation(s): (List the charges as you understand them.)

_____

_____

_____

[Note: This is not an admission that you violated any law.]

3. **I hereby plead NOT GUILTY and I REQUEST A HEARING. I will either: (choose only one of the below options)**

    **A. _____ I WILL appear in person (or virtually, if available in your jurisdiction) for the hearing; OR**

    **B. _____ I WILL submit a sworn statement of defense and I WILL NOT appear at the requested hearing (please complete paragraph 4 below); OR**

    **C. _____ I WILL NOT submit a sworn statement of defense and I WILL NOT appear at the requested hearing.**

4. **Defendant's Sworn Statement of Defense:**
**If you selected 3.B. (above)**, you may explain what happened in your own words in this section and attach any additional papers, documents, photos, etc. Once you submit this statement, it will be considered by the hearing officer or judge.

_____

_____

_____

_____

_____

_____

I understand that by pleading not guilty, I do not have to supply any further sworn statement of defense. By filing this sworn statement of defense, I am waiving my personal appearance at the final hearing of this matter and I understand the hearing officer or judge will make a decision as to whether I committed the alleged violation by the sworn testimony of the witnesses, other evidence, and my sworn statement of defense.

5.    I understand that any material misrepresentation could cause me to be prosecuted for a separate criminal law violation.


**/s/**_____
**Signature of Affiant/Defendant**

Sworn to (or affirmed) and subscribed before me, the undersigned authority, on_____
Personally known _____
Produced identification _____ Type of ID produced _____
_____ /s/ _____
_____ Notary Public, Deputy Clerk, or other authority
_____ NAME:
_____ Commission No.
_____ My Commission Expires:

_NOTE:       It is the Affiant/Defendant's responsibility to make sure this affidavit is provided to the clerk of court no less than 5 business days before the hearing date for this affidavit to be considered by the hearing officer or judge._

_If Affiant/Defendant is under the age of 18, a parent or guardian must sign this affidavit:_

_____

Parent or Guardian

**Committee Notes**

**1996 Amendment.** [No Change]

**2025 Amendment.** The Committee completely revised the forms to provide clarity for pro se litigants' options in resolving their civil traffic infraction(s).

**RULE 6.480.    ~~DEFERRED~~ PAYMENT OF PENALTY IMPOSED**

(a)    **Procedure.** ~~On motion of the defendant or on the official's own motion, a~~An official must allow a reasonable amount of time, no less than ~~30~~60 days from the date that the official imposes the penalty, before requiring the payment of any penalty imposed. If payment is not made after such ~~extension~~deadline or further extensions, such action will be considered a failure to comply for purposes of section 318.15, Florida Statutes.

(b)    [No Change]

**Committee Notes**

**2009 Amendment.** [No Change]

**2025 Amendment.** This amendment removes the requirement for a motion and gives all defendants at least 60 days to make their payment, as most pro se defendants do not know to ask for more time to pay their penalty, which results in unnecessary license suspensions.